JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID JOSE DONG RYU,

              Plaintiff,

     v.

FASHIONGO.NET; NHN; BEE 3
STARS CORP.; 3 STARS
MENTORING; HO MOK LEE;
U.S. COPYRIGHT OFFICE; and
DOES 1–50,

              Defendants.

Case No.: CV 17-926 DMG (AGRx)

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

Judgment is entered in favor of Defendants FashionGo.Net; Bee 3 Stars Corp.; 3 Stars Mentoring; and Ho Mok Lee and against Plaintiff David Jose Dong Ryu.

**IT IS SO ORDERED.**

DATED: December 21, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-